# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 13, 2026

Ms. Wendy S. Vicente
U.S. Food and Drug Administration
Food and Drug Division, OGC
10903 New Hampshire Avenue
White Oak 31
Silver Spring, MD 20993-0002

No. 24-60272 NicQuid, L.L.C. v. FDA
Agency No. PM0003712PD1
Agency No. PM0003303.PD1
Agency No. PM0000975.PD21
Agency No. PM0003477
Agency No. PM0003735
Agency No. PM0002354.PD27-PD28
Agency No. PM0004614.PD01-PD43, PD48-PD95

Dear Ms. Vicente,

Enclosed are the copies of the judgment issued as the mandate and a copy of the court’s opinion.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: Rebecca Andry
Rebecca Andry, Deputy Clerk
504-310-7638

cc w/encl:
- Mr. Cory L. Andrews
- Mr. Samuel R. Bagenstos
- Mr. Connor Fuchs
- Mr. Eric P. Gotting
- Mr. Sean Richard Keveney
- Mr. Joshua Koppel
- Mr. Benjamin Lewis
- Mr. Kevin Benjamin Soter
- Mr. J. Gregory Troutman
- Mr. Christian George Vergonis
- Mr. Ryan Jeffrey Watson
- Mr. Derek Weiss